UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSHUA HACKNEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:20-cv-00435-JPH-MJD |
| STATE OF INDIANA, et al. | ) ) ) |
| Respondents. | ) |

**ORDER DISMISSING ACTION AS DUPLICATIVE
AND DIRECTING ENTRY OF FINAL JUDGMENT**

Joshua Hackney's petition for a writ of habeas corpus seeks relief from prison disciplinary proceeding ISF 0-03-0336. Dkt. 1. The petition is identical to the petition Mr. Hackney recently filed in *Hackney v. State of Indiana*, no. 2:20-cv-00424-JPH-MJD.

"[A] district court may dismiss a complaint if it duplicates another federal case, such as when the 'claims, parties, and available relief do not significantly differ between the two actions.'" *Northern v. Stroger*, 676 F. App'x 607, 608 (7th Cir. 2017) (quoting *McReynolds v. Merrill Lynch & Co, Inc.*, 694 F.3d 873, 888–89 (7th Cir. 2012)). This action is **dismissed without prejudice** as **duplicative** of the 00424 case.

The **clerk is directed** to docket a copy of Mr. Hackney's motion for leave to proceed *in forma pauperis*, dkt. [2], in no. 2:20-cv-00424-JPH-MJD. All motions pending in this action are **denied as moot**. The **clerk is directed** to issue **final judgment** consistent with this Order.

**SO ORDERED.**

Date: 9/25/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JOSHUA HACKNEY
133473
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135